AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of MINNESOTA

TIMM FABIAN

Plaintiff

V.

PIONEER HI-BRED INTERNATIONAL, INC.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-2617 JRT/RLE

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| See Attachment | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Raymond L. Erickson United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

FEB 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2-5-2001
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Timm Fabian,<br><br>Plaintiff,<br><br>vs.<br><br>Pioneer Hi-Bred International, Inc.,<br><br>Defendant. | File No. C0-00-1832<br><br>**CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**<br><br>Civ. No. 00-2617 (JRT/RLE) |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily do consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: January 29, 2001

**PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P.**

Stephen F. Rufer, #94286
Timothy A. Rundquist, #307014
110 North Mill Street, P.O. Box 866
Fergus Falls, MN 56538-0866
(218) 736-5493

Attorney for Plaintiff Timm Fabian

Dated: January 25, 2001

**FAEGRE & BENSON LLP**

Mark J. Carpenter, #252189
John P. Mandler, #194438
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Attorneys for Defendant Pioneer Hi-Bred International, Inc.

M2:20358496.01

PURSUANT TO ORDER OF REFERENCE FILED ON February 6, 2001
in
Timm Fabian vs. Pioneer Hi-Bred International, Inc.

This case is now assigned to Magistrate Judge Raymond L. Erickson.

CASE NUMBER 00-2617 RLE

Use this case number for all further filings.