UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civ. No. 00-2617 (JRT/RLE)

Timm Fabian, Plaintiff,

vs.

Pioneer Hi-Bred International, Inc., Defendant.

STIPULATION FOR DISMISSAL

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is, dismissed with prejudice, on the merits and without costs or disbursements to any party, and any party hereto may forthwith and without notice apply to the Court on this stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

PEMBERTON, SORLIE, RUFER
& KERSHNER, P.L.L.P.

Dated: 4/26/01

By ______________________
Stephen F. Rufer
Timothy A. Rundquist
Attorneys for Plaintiff

FAEGRE & BENSON, L.L.P.

Dated: 5/6/01

By ______________________
Mark J. Carpenter
John P. Mandler
Attorneys for Defendant

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ORDER

Upon the foregoing stipulation,

IT IS HEREBY ORDERED, That the Court Administrator shall forthwith enter judgment, dismissing the above-entitled action with prejudice, on the merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 5/14/01

Raymond L. Erickson
Judge of the District Court

JUDGMENT

On the foregoing stipulation and order,

IT IS HEREBY ADJUDGED, That the above-entitled action is dismissed with prejudice, on the merits and without costs and disbursements to any party.

BY THE COURT:

Dated:

______________________________
Court Administrator